UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE MARIANO VARELA-ITZMOYOTL, individually and on behalf of others similarly situated
:
:           20-cv-3896 (VSB)
Plaintiff,
:           **ORDER**
-against-
:
94 CORNER CAFE CORP. d/b/a 94 Corner Cafe
:
Defendant.
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has come to my attention that the related case, *Varela-Itzmoyotl et al v. 94 Corner Cafe Corp. et al.*, 1:17-cv-7620-DCF., has been terminated upon settlement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made on or before June 17, 2022.

SO ORDERED.

Dated: June 9, 2022
    New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge